442 A.2d 343

Schweibinz, et al., Appellants v. Outboard Marine Corp., et al.

Petition for Allowance of Appeal Denied May 28, 1982.

Argued September 28, 1981. Kenneth W. Behrend, for appellants; Andrew J. Banyas, III, for appellees.

Before CAVANAUGH, MONTEMURO and VAN der VOORT, JJ.

Affirmed.

442 A.2d 343

Commonwealth v. Baksalary, Appellant.

Petition for Allowance of Appeal Denied June 28, 1982.

Submitted February 24, 1981. Burton A. Rose, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, WIEAND and JOHNSON, JJ.

Judgment of sentence of the lower court is hereby affirmed.

WIEAND, J., filed a memorandum concurring opinion.